| | |
|---|---|
| 1 | CHRISTINE H. LONG, CA STATE BAR NO. 199676 |
| 2 | EILEEN P. KENNEDY, CA STATE BAR NO. 206464<br>BERLINER COHEN, LLP |
| 3 | TEN ALMADEN BOULEVARD<br>ELEVENTH FLOOR |
| 4 | SAN JOSE, CALIFORNIA 95113-2233<br>TELEPHONE: (408) 286-5800 |
| 5 | FACSIMILE: (408) 998-5388<br>christine.long@berliner.com |
| 6 | eileen.kennedy@berliner.com |
| 7 | ATTORNEYS FOR Defendants FAIR OAKS LLC,<br>ESMERALDA RODRIGUEZ |

**IT IS SO ORDERED**

*[Signature]*
Judge Yvonne Gonzalez Rogers
8/6/2021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>     Plaintiff,<br><br>     v.<br><br>FAIR OAKS LLC, a California Limited Liability Company; ESMERALDA RODRIGUEZ,<br><br>     Defendants. | CASE NO. 4:21-cv-04826-YGR<br><br>ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED by and between Plaintiff Scott Johnson, and Defendants Fair Oaks LLC and Esemeralda Rodriguez, ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 6-1(a), Defendants may have until and including September 2, 2021 to file a responsive pleading in this matter. This extension of time is Defendants' first extension and does not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

///

///

-1-

| | | |
|---|---|---|
| DATED: AUGUST 2, 2021 | | BERLINER COHEN, LLP |

BY: */s/ Christine H. Long*
CHRISTINE H. LONG
EILEEN P. KENNEDY
ATTORNEYS FOR FAIR OAKS LLC

DATED: AUGUST 2, 2021        CENTER FOR DISABILITY ACCESS

BY: */s/ Amanda Seabock*
AMANDA SEABOCK, ESQ.
ATTORNEY FOR PLAINTIFF SCOTT JOHNSON

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

/s/ Christine H. Long
Christine H. Long